No. 262, Misc.  McGREGOR *v.* RAGEN, WARDEN, 336 U. S. 939.  Rehearing denied.

No. 306, Misc.  BINKLEY *v.* HUNTER, WARDEN, 336 U. S. 926.  Motion for leave to file petition for rehearing denied.

MAY 2, 1949.

*Per Curiam Decisions.*

No. 567.  STEMMER *v.* NEW YORK; and
No. 568.  KRAKOWER *v.* NEW YORK.  Argued April 22, 25, 1949.  Decided May 2, 1949.  *Per Curiam:* The judgment is affirmed by an equally divided Court. MR. JUSTICE JACKSON took no part in the consideration or decision of these cases.  *Osmond K. Fraenkel* argued the cause for petitioner in No. 567.  With him on the brief were *Arthur Garfield Hays* and *Sidney Struble.* *Harry G. Anderson* argued the cause for petitioner in No. 568.  With him on the brief was *Harris B. Steinberg.* *Whitman Knapp* argued the cause for respondent.  With him on the brief were *Frank S. Hogan* and *Charles W. Manning.*

No. 728.  MIDWEST HAULERS, INC. ET AL. *v.* GLANDER, TAX COMMISSIONER.  *Per Curiam:* The motion to dismiss is granted and the appeal is dismissed for want of jurisdiction.  28 U. S. C. § 1257 (2).  Treating the papers whereon the appeal was allowed as a petition for writ of certiorari as required by 28 U. S. C. § 2103, certiorari is denied. *Arthur M. Sebastian* for appellants.  *Herbert S. Duffy,* Attorney General of Ohio, and *W. H. Annat,* Assistant Attorney General, for appellee.